UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-417 (SRC) |
| LANCE POWELL | : | ORDER |

This matter having come before the Court upon the motion of the United States of America by Paul J. Fishman (Assistant U.S. Attorney Shirley U. Emehelu, appearing) for detention pursuant to Title 18, United States Code, Section 3143(a)(2) [Docket Entry 34]; and defendant Lance Powell having opposed the motion [Docket Entry 35]; and the Court having considered the papers filed by the parties and having heard the arguments of counsel; and for the reasons expressed by the Court on the record on December 19, 2011,

**IT IS** on this 19th day of December, 2011,

**ORDERED** that the United States of America's motion for detention pursuant to Title 18, United States Code, Section 3143(a)(2) be and hereby is **DENIED**.

_____
HON. STANLEY R. CHESLER
United States District Judge